UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHANNAD RAHMATALLAH ABDULLA<br><br>Plaintiff,<br><br>THE EMBASSY OF THE UNITED ARAB EMIRATES and the UNITED ARAB EMIRATES,<br><br>Defendants. | Civil Action No.: 1:23-cv-01478 (AHA) |

**REPORT OF SETTLEMENT AND JOINT REQUEST FOR STAY**

Undersigned counsel for the parties hereby report that, after several months of negotiation, including an in-person settlement meeting held on May 28, 2025, the parties have reached a settlement of the case that they are in the process of memorializing in a formal written settlement agreement. The parties expect that the settlement agreement will be finalized in the coming days and are working expeditiously toward completing it, which will be followed by the filing of a joint stipulation for dismissal of the case with prejudice. Because the Age Discrimination in Employment Act, as amended by the Older Workers Benefit Protection Act, requires that an individual aged 40 or over releasing claims under that law be afforded a 21-day consideration period following receipt of the agreement, and a seven-day revocation period following execution, the parties respectfully request that the Court enter a stay of all further requirements and proceedings in the case for a period of 45 days. The parties expect that they will be able to conclude all the necessary steps on a shorter time frame, but respectfully request the noted time to allow for the required statutory periods.

A proposed order is submitted herewith.

Dated: May 29, 2025

Respectfully submitted,

*/s Robert G. Lian, Jr.*
Robert G. Lian, Jr. (D.C. Bar No. 446313)
Akin Gump Strauss Hauer & Feld LLP
201 K. Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com

*Counsel for Defendants the Embassy of the United Arab Emirates and the United Arab Emirates*

*/s Sylvia J. Rolinski*
Sylvia J. Rolinski (D.C. Bar No. 430573)
Rolinski Law Group, LLC
14915 River Road
Potomac, M.D. 20854
Telephone: (301) 987-0202, ext. 1
Facsimile: (301) 263-7100
SJR@Rolinski.com

*Counsel for Plaintiff Mohannad R. Abdulla*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 29, 2025, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Robert G. Lian, Jr.
                                        Robert G. Lian, Jr. (DC Bar No. 446313)
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        2001 K Street N.W.
                                        Washington, D.C. 20006
                                        Telephone: (202) 887-4000
                                        Facsimile: (202) 887-4288
                                        E-mail: blian@akingump.com

                                        *Counsel for Defendants Embassy of the United Arab Emirates and the United Arab Emirates*